# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194. November 30, 1989
(5 U.S.C.A. App. 6, §§101-111)

AO-10
Rev. 1/91

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PAYNE, ROBERT E. | Nominee – United States District Court Eastern District of Virginia | Nov. 20, 199˙ |
| 4. Title (Article III judge indicate active or senior status; Magistrate judges indicate full- or part-time) Nominee - United States District Judge | 5. Report Type (check appropriate type) X Nomination, Date Nov. 20, 1991 __ Initial __ Annual __ Final | 6. Reporting Period Jan. 1, 1990 thru Oct. 31, 1991 |

7. Chambers or Office Address
Office: McGuire, Woods, Battle & Boothe
One James Center
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | [ ] NONE (No reportable positions) |
| Partner | McGuire, Woods, Battle & Boothe |
| Partner | Ninth & Cary Associates Limited Partnership |
| Director | Cut It Out, Inc. (Spouse's business) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| | *If confirmed for this position, I expect to terminate my |
| | current interest in the McGuire, Woods, Battle & Boothe |
| | pension plan and roll it over into another qualified |
| | investment vehicle not yet selected. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1990 | McGuire, Woods, Battle & Boothe – ( Income | $156,169.00 |
| 1989 | McGuire, Woods, Battle & Boothe – ( from | $198,348.00 |
| 1988 | McGuire, Woods, Battle & Boothe – ( law | $219,801.00 |
| | ( practice | $ |
| | Spouse's income from Cut It Out, Inc., a corporation in which she owns 50% of the stock, exceeded $1,000 in 1988, 1989 and 1990. | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT E. PAYNE | Date of Report<br>Nov. 20, 1991 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE  (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.  (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children; respectively. See pp.15-16 of instructions

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE  (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.  (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| ☐ NONE  (No reportable liabilities) | | |
| The Tuition Plan (J) | Loan for college tuition (unsecured) | K |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Date of Person Reporting<br>ROBERT E. PAYNE | Date of Report<br>Nov. 20, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 13-37 of instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership by reporting individual and spouse, "(J)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. (1)<br>Income during reporting period<br>Amt. Code (A-H) | B. (2)<br>Type (e.g. div., rent or int.) | C. (1)<br>Gross value at end of reporting period<br>Value Code (J-P) | C. (2)<br>Value Method Code (Q-W) | D. (1)<br>Transactions during reporting period<br>Type (e.g. buy, sell, merger, redemption) | D. (2)<br>If not exempt from disclosure<br>Date: month, Day | D. (3)<br>Value Code (J-P) | D. (4)<br>Gain Code (A-H) | D. (5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| (J) | 1 Browning Ferris Ind.-common | A | Div. | J | T | – EXEMPT – | | | | |
| (J) | 2 C&S/Sovran Corp.-common | B | Div. | J | T | – EXEMPT – | | | | |
| | 3 Ninth & Cary Limited Partner-ship | A | Distribution | J | U | – EXEMPT – | | | | |
| (S) | 4 Frances R. Acree Trust | X | X | X | X | – EXEMPT – | | | | |
| (S) | 5 George M. Acree Trust | X | X | X | X | – EXEMPT – | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |
| | 11 | | | | | | | | | |
| | 12 | | | | | | | | | |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=more than $1,000,000
(See Col. B1 & D4)
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000
(See Col. C1 & D1)  O=$500,001 to $1,000,000  P=more than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Date of Person Reporting ROBERT E. PAYNE | Date of Report Nov. 20, 1991 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicati function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent childr had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent childr if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported w withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have be reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conferen regulations.

Signature _____ Date November 20, 1991

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPOR MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

# FINANCIAL STATEMENT

## NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5,000.00 | | Notes payable to banks—secured | 65,700.00 | |
| U.S. Government securities—add schedule | | 0 | Notes payable to banks—unsecured | | 0 |
| Listed securities—add schedule | 33,000.00 | | Notes payable to relatives | | 0 |
| Unlisted securities—add schedule | | 0 | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 19,000.00 | |
| Due from relatives and friends | | 0 | Unpaid income tax | 3,000.00 | |
| Due from others | | 0 | Other unpaid tax and interest | | 0 |
| Doubtful | 320,000.00 | | Real estate mortgages payable—add schedule | | 0 |
| Real estate owned—add schedule | | 0 | Chattel mortgages and other liens payable | 197,000.00 | |
| Real estate mortgages receivable | 69,000.00 | | Other debts—Itemize | 9,900.00 | |
| Autos and other personal property | 11,500.00 | | | | |
| Cash value—life insurance | | | | | |
| Other assets—Itemize | | | | | |
| Interest – in Law Firm | 315,000.00 | | | | |
| Interest – in Pension Plan | 330,000.00 | | Total liabilities | 294,600.00 | |
| | | | Net worth | 1,083,500.00 | |
| Total assets | 1,083,500.00 | | Total liabilities and net worth | 788,900.00 | |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule.) | 42,700.00 |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | 0 | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | | 0 | | |
| Other special debt | | 0 | | |

Digitized by Google